**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 24-cv-24183-JB/Torres

GOVERNMENT EMPLOYEES INSURANCE
CO., *et al*,

      Plaintiffs,

v.

NEW WORLD MEDICAL & REHAB, INC.,
*et al.*,

      Defendants.

_____/

<u>**ORDER OF DISMISSAL**</u>

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal Without Prejudice filed by Plaintiffs and the remaining Defendants, New World Medical & Rehab., Inc., Saily Reyes, Jorge L. Jorge, M.D., and Marilu Avila, A.P.R.N.. ECF No. [81]. In light of the parties' Joint Notice of Settlement, ECF No. [79], the Court finds that dismissal of this action is proper, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 30th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**